

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00898-CV

**SAN ANTONIO WATER SYSTEM**,
Appellant

v.

Beatriz **SMITH**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 383935
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order of December 5, 2013, denying the San Antonio Water System's plea to the jurisdiction, is AFFIRMED.

We ORDER that Beatriz Smith recover her costs of this appeal from the San Antonio Water System.

SIGNED September 24, 2014.

_____
Luz Elena D. Chapa, Justice